

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-20-00234-CV

Kyle **BRATTON**,
Appellant

v.

**HOLT TEXAS, LTD** D/B/A Holt CAT and D/B/A Sitech-Tejas,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05583
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant's notice of appeal was filed within fifteen days after the deadline but without a motion for extension of time to file the notice. *See* TEX. R. APP. P. 26.1, 26.3. On August 17, 2020, we ordered Appellant to file a written response presenting a reasonable explanation for the late notice of appeal. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Appellant timely filed a written response explaining the late notice of appeal; our August 17, 2020 order is satisfied. *See Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (noting a "reasonable explanation" comprises all but "deliberate or intentional noncompliance").

We reinstate the appellate timetable. Appellant's brief is due on September 16, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court